UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CONNELL SUTTON )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:17-CV-48-FL
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 26, 2018, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is DENIED, defendant's motion is GRANTED, and this matter is DISMISSED.

**This Judgment Filed and Entered on January 26, 2018, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)


January 26, 2018                            PETER A. MOORE, JR., CLERK
                                                /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk